```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :       INFORMATION

            - v. -              :       09 CRIM 859

BARRINGTON PIKE,                :

            Defendant.          :

- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____

### COUNT ONE

The United States Attorney charges:

1.   From at least on or about June 23, 2009, up through and including on or about August 6, 2009, in the Southern District of New York and elsewhere, BARRINGTON PIKE, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that BARRINGTON PIKE, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

3.   The controlled substances involved in the offense were mixtures and substances containing a detectable amount of 3,4 methylenedioxy-methamphetamine ("MDMA" or "ecstasy"), in violation of 21 U.S.C. § 841(b)(1)(C).

Overt Act

4.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

a.   On or about August 6, 2009, at least 40,000 ecstasy pills were seized from the residence of BARRINGTON PIKE, the defendant, 3632 Pratt Avenue, Bronx, New York.

(Title 21, United States Code, Section 846.)

COUNT TWO

The United States Attorney further charges:

5.   On or about August 6, 2009, in the Southern District of New York, BARRINGTON PIKE, the defendant, unlawfully, intentionally, and knowingly did attempt to distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of 3,4 methylenedioxy-methamphetamine ("MDMA" or "ecstasy"), in Bronx, New York.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(B), and Title 18, United States Code, Section 2.)

FORFEITURE ALLEGATION

6.   As a result of committing the controlled substance offenses alleged in Counts One and Two of this Information, BARRINGTON PIKE, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant

obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Information.

<u>Substitute Asset Provision</u>

7.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant --

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841 and 853.)

*/s/ Preet Bharara*
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BARRINGTON PIKE,

Defendant.

### INFORMATION

09 Cr.

(Title 21, United States Code,
Sections 812, 841, and 846 and Title 18,
United States Code, Section 2)

PREET BHARARA
United States Attorney.

9/4/09 Fld Inf, & Waiver of Ind
AUSA Amanda [Kramer] pres.
Deft Barrington Pike pres w/atty
Paul [Wickham]. Deft pleads N/G
to Inf. Deft Cont. detnd
T/E to 9/11 to [Prcy]      Mag Judge
                            [Dolinger]